AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Georgia

| | |
|---|---|
| Netvue Technologies Co., Ltd.<br><br>*Plaintiff(s)*<br>v.<br>2024 Beautiful Store, GesenWIN, GLISTBAY, GrnPeak, JPKJ 1, MISTFORE Direct-US, MIXXIDEA US, Moritic, Onhear Tech, PeckCam, Solution4Patio Expert in Garden Creation, suruida, TT Nature, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-06812-SDG<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TT Nature Official-Walmart
(email address to be determined)
This Summons is to be served on Defendant by email using the email address provided by Defendant or in online marketplaces, pursuant to Court Order dated 12/5/2025 (Dkt. 8).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Albert M. Myers
AL MYERS LAW, LLC
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 931-7735
mearsly@gmail.com; twang@nilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 1/14/2026



s/C. Pollard
*Signature of Clerk or Deputy Clerk*